IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,      :
                               :
          Plaintiff,           :
                               :      CR-2-11-181
     -v.-                      :      JUDGE MARBLEY
                               :
RYAN C. DRISCOLL,              :
                               :
          Defendant.           :

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 3, 2012, this Court entered a Preliminary
Order of Forfeiture, ordering the above-named Defendant Ryan C.
Driscoll to forfeit to the United States the Defendant's interest
in the property subject to forfeiture in Forfeiture A of the
Indictment pursuant to 18 U.S.C. §§2253(a)(1) and (3);

WHEREAS, for 30 consecutive days beginning March 8, 2012, the
United States published notice of this forfeiture on the
government's internet site www.forfeiture.gov, which provided
potential claimants notice of this forfeiture and of the intent of
the United States to dispose of the forfeited property in
accordance with the law and further notifying all third parties of
their right to petition the Court within sixty (60) days of the
initial publication date for a hearing to adjudicate the validity
of their alleged legal interest in the property. There are no
parties known to the United States who may have interest in the
subject property;

WHEREAS, on July 13, 2012, this Court held Defendant Ryan C. Driscoll's sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on August 20, 2012, its Judgment ordering Defendant Ryan C. Driscoll to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that Defendant Ryan C. Driscoll had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§2253(a)(1) and (3) for violations of 18 U.S.C. §2252(a)(2) and (b)(1);

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

(A) All matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped, and possessed in violation of 18 U.S.C. §2252(a)(2) and (b)(1); and,

(B) All property used and intended to be used to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

**(1) One (1) Macintosh Laptop computer, including its contents;**

2

(2) One (1) Western digital external hard drive, Serial number WXDOA8909716; including its contents; and,

(3) Four (4) bags containing miscellaneous pairs of children's underwear.

2.    That the United States Marshals Service shall dispose of the property according to law.

3.    That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

ORDERED this _24_ day of _Sept_, 2012.

HONORABLE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT JUDGE

3